IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JERRY UNDRE STEWART**                                        **PETITIONER**

v.                                                                No. 3:19CV55-GHD-JMV

**WARDEN SCOTT MIDDLEBROOKS**                             **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DENIED**.

**SO ORDERED**, this, the __12th__ day of August, 2021.

_____
SENIOR UNITED STATES DISTRICT JUDGE